NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**PANDUIT CORP.,**
*Appellant*

**v.**

**CORNING OPTICAL COMMUNICATIONS LLC,**
*Appellee*

———————————

2018-1999

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2017-00009.

———————————

**JUDGMENT**

———————————

JOHN J. MOLENDA, Steptoe & Johnson, LLP, New York, NY, argued for appellant. Also represented by ROBERT GREENFELD; KELLY J. EBERSPECHER, DANIEL STEVEN STRINGFIELD, Chicago, IL; KATHERINE DOROTHY CAPPAERT, Washington, DC.

JOHN C. O'QUINN, Kirkland & Ellis LLP, Washington, DC, argued for appellee. Also represented by HANNAH LAUREN BEDARD, JASON M. WILCOX; ERIC DAVID HAYES, Chicago, IL.

—————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, PLAGER, and O'MALLEY, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

August 8, 2019            /s/ Peter R. Marksteiner
Date                      Peter R. Marksteiner
                          Clerk of Court